## Commonwealth *v.* Bruce, Appellant.

Submitted March 15, 1971. *William Goldstein* and *Paul M. Goldstein,* for appellant; *Mil-*

737

ton *M. Stein*, Assistant District Attorney, *James D. Crawford*, Deputy District Attorney, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: Order reversed and record remanded for proceeding consistent with the decision of the Supreme Court in *Commonwealth v. Sheehan*, 446 Pa. 35, 285 A. 2d 465 (1971).

WRIGHT, P. J., would affirm the order of the court below.